# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DISH NETWORK L.L.C.,** | ) |
| Plaintiff, | ) Case No. 1:08-CV-1540 |
| v. | ) Hon. Christopher A. Boyko |
| **FUN DISH, INC.,** | ) Magistrate Judge Perelman |
| Defendant. | ) |
| **FUN DISH, INC.,** | ) **AMENDED STIPULATED ORDER ON NEW PARTIES AND SCHEDULING** |
| Counter-Plaintiff, | ) |
| v. | ) |
| **DISH NETWORK L.L.C. and ECHOSTAR SATELLITE L.L.C.,** | ) |
| Counter-Defendants. | ) |

WHEREAS, Plaintiff DISH Network L.L.C. and Defendant Fun Dish, Inc. (collectively, the "Parties"), seek this Court's approval of this Stipulated Order ("Order"); and

WHEREAS, the Parties previously submitted a Stipulated Order On New Parties and Scheduling (the "Original Stipulation"), which stipulation has not been entered by the Court; and

WHEREAS, Plaintiff DISH Network L.L.C. ("Plaintiff") has sought and obtained consent from the current sole Defendant Fun Dish, Inc. ("Fun Dish"), and now seeks leave from this Court, *nunc pro tunc,* to file its Second Amended Complaint, previously lodged with the Court in this matter on November 7, 2008, adding two new party-defendants, Fun Dish of Florida, Inc. ("FDOF") and Page One Pagers d/b/a Dish One Up Satellite ("Page One"); and

WHEREAS, Plaintiff has sought and obtained agreement from the undersigned counsel for Fun Dish, who also represent FDOF, that FDOF will submit to the personal jurisdiction of this Court solely in connection with this action; and

WHEREAS, Plaintiff anticipates seeking leave to file a Third Amended Complaint in the future, and the parties therefore agree that Fun Dish and FDOF (collectively "Defendants") should not be required to file a response to Plaintiff's Second Amended Complaint at this time; and

WHEREAS, the parties agree that Defendants shall have until December 15, 2008, to respond to Plaintiff's Motion for Preliminary Injunction, and Plaintiff shall have until January 30, 2009, to file a reply memorandum in support of its Motion for Preliminary Injunction;

ACCORDINGLY, the undersigned Parties, by their respective counsel, having stipulated, agreed and consented to, and the Court finding good cause for, entry of this Stipulated Order,

**IT IS THEREFORE ORDERED THAT:**

- The Original Stipulation is hereby withdrawn and shall be deemed null and void;

- Plaintiff is granted leave to file, *nunc pro tunc,* its Second Amended Complaint in this matter adding Fun Dish of Florida, Inc. and Page One Pager as new party-defendants;

- Plaintiffs' pending Motion for Preliminary Injunction shall be deemed to seek relief against Fun Dish and new party-defendant FDOF only;

- Defendants are not required to respond to the Second Amended Complaint until further order of the Court;

- Defendants shall jointly file a response to Plaintiff's Motion for Preliminary Injunction on or before December 15, 2008, and Plaintiff shall file a reply memorandum in support of its motion, if desired, on or before January 30, 2009;

- Nothing herein shall be deemed to restrict or impair Plaintiff from seeking leave to further amend its Second Amended Complaint or Defendants from seeking leave to amend their pending Counterclaim.

Case: 1:08-cv-01540-CAB Doc #: 60 Filed: 12/16/08 Page: 2 of 14

**STIPULATION ACCEPTED AND ORDER GRANTED** this <u>  18th </u> day of <u>December</u>, 2008.

<u>s/Christopher A. Boyko</u><br>
Honorable Christopher A. Boyko

| **DISH NETWORK L.L.C.** | **FUN DISH, INC.** |
|---|---|
| By <u>  /s/ Joseph H. Boyle  </u><br>One of Its Attorneys | By <u>  s/ Jami A. Gekas  </u><br>One of Its Attorneys |
| Joseph H. Boyle, Esq.<br>T. WADE WELCH & ASSOCIATES<br>2401 Fountainview<br>Suite 700<br>Houston, TX 77057 | Richard M. Hoffman *(pro hac vice)*<br>Jami A. Gekas *(pro hac vice)*<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive, Suite 2800<br>Chicago, IL 60606-1229<br>PH: (312) 201-2000<br>FX: (312) 201-2555 |
| Raymond Rundelli, Esq.<br>Jennifer B. Wick, Esq.<br>CALFEE, HALTER & GRISWOLD LLP<br>1400 KeyBank Center<br>800 Superior Avenue<br>Cleveland, OH 44114-2688 | Carole E. Handler *(pro hac vice)*<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>9665 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA 90212<br>PH: (310) 860-8704<br>FX: (310) 860-3804 |
| | David A. Schaefer<br>Robert T. Glickman<br>Danielle M. Singerman<br>MCCARTHY, LEBIT, CRYSTAL<br>  & LIFFMAN CO., L.P.A.<br>101 West Prospect Avenue<br>Suite 1800<br>Cleveland, OH 44115<br>PH: (216) 696-1422<br>FX: (216) 696-1210 |