UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DISH NETWORK, LLC. | ) | CASE NO.1:08CV1540 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| FUN DISH, INC., ET AL., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

As a result of the status conference held December 18, 2008, the Court issues the following orders. Plaintiff's counsel shall confer with their client and inform the Court and opposing counsel of their intent to amend their pleadings of proceed under the Second Amended Complaint no later than December 23, 2008. Defendants shall file their Answers and any counterclaims no later than January 15, 2009. Plaintiff shall file its response to Defendant's Counterclaim no later than January 29, 2009. Parties are given thirty days to resolve their discovery disputes. If discovery issues are not resolved at that time parties shall contact the Court to resolve any remaining issues. Defendant shall withdraw its Motion to Compel and Plaintiff shall withdraw its Motion to Strike Defendant's Motion to Compel. Plaintiff shall file its Reply to Defendant's Opposition to Preliminary Injunction by January

26, 2009.

    IT IS SO ORDERED.


<u>December 19, 2008</u>        <u>s/Christopher A. Boyko</u>
Date                          CHRISTOPHER A. BOYKO
                              United States District Judge